UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'ANGELO ROGERS,<br>        Petitioner,<br><br>    v.<br><br>DAVID BAUGHMAN,<br>        Respondent. | Case No. 19-cv-04583-JCS (PR)<br><br>**ORDER OF TRANSFER** |

In this federal habeas action, petitioner challenges convictions he received in the Sacramento County Superior Court, which lies in the Eastern District. Accordingly, this action is TRANSFERRED to the Eastern District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** August 19, 2019

JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

D'ANGELO ROGERS,

    Plaintiff,

v.

DAVID BAUGHMAN,

    Defendant.

Case No. 19-cv-04583-JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 19, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

D'Angelo Rogers ID: #AG3298
California State Prison, Sacramento
100 Prison Road
Represa, CA 95671

Dated: August 19, 2019

Susan Y. Soong
Clerk, United States District Court

By: *Karen L. Hom*
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO