UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'ANGELO L. ROGERS,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>DAVID BAUGHMAN,<br><br>　　　　　Respondent. | No. 2:19-cv-01656 MCE AC P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. Petitioner currently requests a copy of "the last 5 pages" of his habeas petition. ECF No. 15 at 1. Petitioner explains that he submitted the only copy of his petition in the instant case, originally filed in the United States District Court for the Northern District of California. Id. The petition was later transferred to this court. ECF No. 6. Petitioner has attached several documents to his current request, apparently in an effort to identify the pages within his petition that petitioner still retains. ECF No. 15.

Comparison of the petition with the documents attached to petitioner's request has proven confusing at best. Therefore, the court will provide petitioner with a one-time courtesy copy of his operative petition. Petitioner is advised that, in the future, any requests for copies of documents will be directed to the Clerk of Court and subject to a charge of $0.50 per page.

////

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall send to petitioner, together with a copy of this order, a full copy of his file-endorsed petition (ECF No. 1), a total of 34 pages (excluding the last three pages which are copies of the subject envelope).

DATED: October 25, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE